UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>PLAINTIFF,<br><br>V.<br><br>OXARC, INC., A WASHINGTON CORPORATION<br><br>DEFENDANT. | CASE NO. C19-957 RSM<br><br>**ORDER GRANTING DEFENDANT OXARC, INC.'S STIPULATED MOTION FOR AN EXTENSTION OF TIME TO FILE AN ANSWER** |

This matter having come before the Court on Defendant Oxarc, Inc.'s Stipulated Motion for an Extension of Time to File an Answer, and the Court having considered and reviewed the record and file herein and being fully advised I this matter, IT IS HEREBY ORDERED that Defendant's motion is GRANTED, setting August 30, 2019 as the deadline for Defendant to file an Answer to Plaintiff's Complaint.

DATED this 1st day of August 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

PRESENTED BY:

FISHER & PHILLIPS LLP

By s/Todd A. Lyon
    Todd A. Lyon, WSBA #30387
    1201 Third Avenue, Suite 2750
    Seattle, WA 98101
    Telephone: (206) 682-2308
    Facsimile: (206) 682-7908
    Emails: tlyon@fisherphillips.com


*By: s/ Russell J. Reid (email permission)*
    Russell J. Reid
    Reid, McCarthy, Ballew & Leahy, LLP
    100 West Harrison Street, North Tower
    Suite 300
    Seattle, WA 98119
    *Attorneys for Plaintiff NW Administrators, Inc.*

ORDER GRANTING DEF STIP MOT FOR EXT OF TIME TO ANSWER
PLTF. 1ST AMENDED COMPLAINT (19-00957) - PAGE 2