UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> OXARC, INC., a Washington corporation, <br><br> Defendant. | NO.   C19-00957 RSM <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Todd A. Lyon of Fisher & Phillips LLP, attorneys for Defendant, Oxarc, Inc., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorney's fees and costs.  This Stipulation and Order shall not foreclose Plaintiff or the Trust, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest and attorneys' fees for the time period encompassed by this action, March 2019 through July 16, 2019, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for said period.

DATED this 7th day of August, 2019.

| REID, McCARTHY, BALLEW & LEAHY, L. L. P. | FISHER & PHILLIPS LLP |
|---|---|
| */s/Russell J. Reid*<br>Russell J. Reid, WSBA #2560<br>Attorney for Plaintiff | */s/Todd A. Lyon*<br>Todd A. Lyon, WSBA #30387<br>Attorney for Defendant |

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorney's fees and costs of suit. This Order shall not foreclose Plaintiff or the Trust, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest and attorneys fees for the time period encompassed by this action, March 2019 through July 16, 2019, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for said period.

DATED this 23rd day of August 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Submitted for Entry:

REID, McCARTHY, BALLEW &
LEAHY, L.L.P.


By */s/Russell J. Reid*
    Russell J. Reid, WSBA #2560
    Attorneys for Plaintiff